**EXHIBIT A**



# MATTHEW'S PIZZA

**Reg. No. 7,613,183**  
**Registered Dec. 17, 2024**  
**Int. Cl.: 43**  
**Service Mark**  
**Principal Register**

Tomato Pie, Inc (Maryland CORPORATION)  
3131 Eastern Ave  
Baltimore, MARYLAND 21224

CLASS 43: Pizzerias; Pizza parlors

FIRST USE 1-00-1943; IN COMMERCE 1-00-1943

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "PIZZA"

SER. NO. 98-443,517, FILED 03-11-2024



Derrick L. Brent  
Acting Director of the United States Patent and Trademark Office

