## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TOMATO PIE, INC.,** | * |
| **d/b/a Matthew's Pizza** | * |
| | * |
| **Plaintiff,** | * |
| | *    **Civ. No.: MJM-25-3214** |
| **v.** | * |
| | * |
| **MATTHEWS L3 PIZZERIA, LLC,** *et al.,* | * |
| | * |
| **Defendants.** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Plaintiff filed a Motion for a Temporary Restraining Order in this matter (ECF 2).  It is by the United States District Court for the District of Maryland, hereby

ORDERED that a hearing on the plaintiffs' Motion for a Temporary Restraining Order is scheduled for **Tuesday, October 14, 2025, at 2:00 p.m.** in **Courtroom 5C, 101 W. Lombard Street, Baltimore, Maryland**; and it is further

ORDERED that Plaintiff's counsel shall serve a copy of the Order on the defendant.

DATE:  10/7/25

_____
Matthew J. Maddox
United States District Judge