IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| TOMATO PIE, INC. D/B/A MATTHEW'S PIZZA, 1410 Shore Road Middle River, MD 21220, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEWS L3 PIZZERIA, LLC 8007 Woodhaven Road Baltimore, MD 21237, <br><br> and <br><br> CHRISTOPHER MALER 8007 Woodhaven Road Baltimore, MD 21237, <br><br> Defendants. | Civil Action No.: MJM-25-3214 |

**DECLARATION OF KAITLIN D. COREY CONCERNING ATTEMPTS TO NOTIFY DEFENDANTS OF VERIFIED COMPLAINT, MOTION FOR TEMPORARY RESTRAINING ORDER AND THE COURT'S ORDER SCHEDULING A HEARING FOR OCTOBER 14, 2025**

I, Kaitlin D. Corey, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1

1. On October 9, 2025, I sent the pleadings in the above-captioned case, and the Court' Order scheduling a hearing on Plaintiff's Temporary Restraining Order to the Defendants via Federal Express for delivery on Saturday morning at Christopher Maler's residential address: 3311 Trellis Lane, Abingdon, Maryland 21009 and Matthews L3 Pizzeria, LLC's business address: 1517 Rock Spring Road, Forest Hill, Maryland 21050. *See* **Exhibit A1 (residential address) and A2 (business address)** for tracking confirmation.

2. On October 10, 2025, I sent the pleadings in the above-captioned case, and the Court' Order scheduling a hearing on Plaintiff's Temporary Restraining Order to the Defendants via USPS certified mail, return receipt requested, and restricted mail (to be delivered to Christopher Maler only) for delivery on Saturday morning at Christopher Maler's residential address: 3311 Trellis Lane, Abingdon, Maryland 21009 and Matthews L3 Pizzeria, LLC's business address: 1517 Rock Spring Road, Forest Hill, Maryland 21050. *See* **Exhibit B** for tracking confirmation.

3. On October 13, 2025, Defendants posted the following on Matthews L3 Pizzeria, LLC's Facebook page:



    4.    The undersigned notified the Defendants of this hearing again by responding to the above-post with the following:



I declare under penalty of perjury under the laws of the United States and the State of Maryland that the foregoing is true and correct.

Executed this 13th day of October 2025, in Howard County, Maryland

    /s/ Kaitlin D. Corey_____
Kaitlin D. Corey