IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| TOMATO PIE, INC. D/B/A MATTHEW'S PIZZA, 1410 Shore Road Middle River, MD 21204, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEWS L3 PIZZERIA, LLC 3311 Trellis Lane, Abingdon, MD 21009, <br><br> and <br><br> CHRISTOPHER MALER 1517 Rock Spring Rd, Forest Hill, MD 21050, <br><br> Defendants. | Civil Action No.: MJM-25-3214 |

**ORDER GRANTING PLAINTIFF, TOMATO PIE, INC. D/B/A MATTHEW'S PIZZA'S MOTION FOR ACCEPTANCE OF ALTERNATIVE SERVICE ON DEFENDANTS, MATTHEW'S L3 PIZZERIA, LLC AND CHRISTOPHER MALER**

Upon review of the Plaintiff's Motion for Acceptance of Alternative Service on Defendants, and any opposition thereto, it is this  10th  day of  October , 2025, by the United States District Court for the District of Maryland, hereby:

1

ORDERED, that Plaintiff's service of process on Defendants via Certified Mail, First Class Mail and FedEx Overnight Shipping shall be deemed valid and completed upon delivery.

Signed this  10th  day of   October        , 2025

By: _____/S/_____
Hon. Matthew Maddox
United States District Court Judge for the
District of Maryland (Baltimore Division)

Copies to: all counsel of record

2