EXHIBIT A

\* \* \* \* \* \* \* \* \* \* \*
\* \* \*

## AFFIDAVIT OF CHRISTOPHER MALER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION

I, Christopher Maler, being over the age of 21 and competent to testify to the facts herein, based on personal knowledge, state:

1. My name is Christoper Maler. I am a co-owner and operator of Matthews L3 Pizzeria, LLC, ("L3 Pizzeria").

2. I co-owned Plaintiff Tomato Pie, Inc. d/b/a Matthew's Pizza until 2020.

3. On August 12, 2025, I opened L3 Pizzeria at 1517 Rock Spring Road, Forest Hill, MD, 21050, located in Harford County.

4. I do not believe, and have never believed, that the trade name for L3 Pizzeria infringes upon Plaintiff's mark, given the common nature of the name "Matthew" and the distinguishing elements of my business name.

5. I have never claimed that L3 Pizzeria was affiliated with Plaintiff beyond accurately stating that I am a former owner of Plaintiff, and I have clearly communicated with customers that L3 Pizzeria is not affiliated with Plaintiff.

6. From the outset of planning my own restaurant, I have consistently acted in good faith, with no intention of infringing upon Plaintiff's mark or creating any impression of affiliation with Plaintiff and engaged an attorney to assist me through the process.

I, Christopher Maler, declare under penalty of perjury and upon personal knowledge, that the foregoing is true and correct.

_/s/ C. Maler_

10/24/25
Date Executed

Christopher Maler