IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TOMATO PIE, INC, D/B/A MATTHEW'S PIZZA, | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * Civil Action No. 1:25-cv-03214-MJM |
| | * |
| MATTHEWS L3 PIZZERIA, LLC, *et al.* | * |
| | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF KAYLA COTTER**

I, Kayla Cotter, being over the age of 21 and competent to testify to the facts herein, based on personal knowledge, state:

1. My name is Kayla Cotter. I am a paralegal at Gohn Hankey & Berlage LLP.

2. On October 24, 2025, I accessed the U.S. Social Security Administration article "Top Names Over the Past 100 Years" at https://www.ssa.gov/oact/babynames/decades/century.html. A true and accurate copy of that article is attached to Defendants' Opposition as Ex. 1.

3. On October 24, 2025, I accessed the U.S. Social Security Administration search function "Top 100 names for a selected State and year of birth" at https://www.ssa.gov/cgi-bin/namesbystate.cgi. I searched for the top 100 baby names in Maryland for the years 2020, 2021, 2022, 2023, and 2024. True and accurate copies of the search results are attached to Defendants' Opposition as Ex. 2.

4. On October 24, 2025, I accessed genetics and health company 23andMe's article on the surname "Matthews" at https://discover.23andme.com/last-name/Matthews. A true and accurate copy of the article is attached to Defendants' Opposition as Ex. 3.

EXHIBIT b

5. On October 24, 2025, I accessed the "About Us" page of the website for Matthew's 1600, located at 1600 Frederick Road, Catonsville, MD 21228, at https://matthews1600.net/more-about-us/. I also accessed the "Contact Us" page of the website for Matthew's Grill, located at 213 Muddy Branch Road, Gaithersburg, MD 20878. True and accurate copies of these webpages are attached to Defendants' Opposition as Ex. 4.

6. On October 24, 2025, I did a Google search for "matthew's restaurant maryland." A true and accurate copy of the search results are attached as Ex. 5.

7. On October 24, 2025, I searched for "Matthew" using the Maryland.gov Business Entity Search at https://egov.maryland.gov/BusinessExpress/EntitySearch. A true and accurate copy of the search results are attached as Ex. 6.

8. On October 24, 2025, I accessed the "Contact Us" page of the website for Matthew's Italian Restaurant, located at 1131 Bloomfield Avenue, Clifton, NJ, at https://www.matthewsitalian.com/directions. I also accessed the "Home" page of the website for Matt's Pizza, located at 539 Chews Landing Road, Lindenwold, NJ 08021, at https://www.mattspizza.online. I also accessed the "Hours & Location" page of the website for Mathew's Food & Drink, located at 351 Grove Street, Jersey City, NJ 07302, at https://www.mathewsfoodanddrink.com/hours-and-location/. True and accurate copies of these webpages are attached to Defendants' Opposition as Ex. 7.

9. On October 24, 2025, I accessed the Facebook page of Matthew's Taven, located at 85 W Winona Ave, Norwood, PA 19074, at https://www.facebook.com/thengeras. A true and accurate copy is attached to Defendants' Opposition as Ex. 8.

10. On October 24, 2025, I accessed the website of Matthew's Pizza at https://www.matthewspizza.com. A true and accurate copy is attached to Defendants' Opposition as Ex. 9.

11. On October 24, 2025, I did a Google search for Matthew's Pizza, which showed an update from the business's Google account. A true and accurate copy of the update is attached to Defendants' Opposition as Ex. 11.

12. On October 24, 2025, I asked Google Maps for directions from Matthew's Pizza and Matthews L3 Pizzeria. A true and accurate copy of the directions are attached to Defendants' Opposition as Ex. 12.

13. On October 24, 2025, I accessed the Google and Yelp reviews for both Matthew's Pizza and Matthews L3 Pizzeria. True and accurate copies of the webpages are attached to Defendants' Opposition as Ex. 13.

I, Kayla Cotter, declare under penalty of perjury and upon personal knowledge, that the foregoing is true and correct.

10/24/2025
Date Executed

Kayla Cotter