# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| TOMATO PIE, INC. D/B/A MATTHEW'S PIZZA, 1410 Shore Road Middle River, MD 21220, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEWS L3 PIZZERIA, LLC 8007 Woodhaven Road Baltimore, MD 21237, <br><br> and <br><br> CHRISTOPHER MALER 8007 Woodhaven Road Baltimore, MD 21237, <br><br> Defendants. | Civil Action No.: MJM-25-3214 |

## DECLARATION OF VICTORIA YASSEM

I, Victoria Yassem, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. On October 1, 2025, I saw the below sign at Matthew's L3 Pizzeria in Forest Hill, Maryland and was with the individual who took the below photograph.

1



    2.    The above sign appears on a table at the entrance of the Matthew's L3 Pizzeria restaurant.

I declare under penalty of perjury under the laws of the United States and the State of Maryland that the foregoing is true and correct.

2

Executed this 29th day of October 2025, in Harford County, Maryland.

DocuSigned by:

_____
Victoria Yassem